UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CATHY D ENWERE, | No. C 11-00645 LB |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| LAURIE B HILLER, *et al.*, | |
| Defendants. | |
| _____/ | |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Plaintiff has not filed a written consent to Judge Beeler's jurisdiction.  Plaintiff also has the right to have the case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff shall inform the Court whether Plaintiff consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge.  The consent/declination form shall be filed by March 1, 2011.

**IT IS SO ORDERED.**

Dated: February 15, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 11-00645

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

CATHY D ENWERE,

          Plaintiff,

    v.

LAURIE B HILLER, *et al.*,

          Defendants.

_____/

No.  C 11-00645 LB

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in the

case, including trial and the entry of a final judgment.  Appeal from the judgment shall be taken

directly to the United States Court of Appeals for the Ninth Circuit.


Dated: _____

                              _____
                              Signature

                              Counsel for _____
                              (Plaintiff, Defendant or indicate "pro se")

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

CATHY D ENWERE,

        Plaintiff,

    v.

LAURIE B HILLER, *et al.*,

        Defendants.

_____/

No.  C 11-00645 LB

**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                      Counsel for _____
                                      (Plaintiff, Defendant, or indicate "pro se")

C 11-00645