IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY D. ENWERE, | |
| Plaintiff, | No. C 11-00645 JSW |
| v. | |
| LAURIE B. HILLER, ET AL, | **ORDER RE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON PENDING MOTION TO DISMISS** |
| Defendants. | |

On February 11, 2011, *pro se* Plaintiff Cathy Enwere filed a complaint alleging "illegal misconduct" and invasion of privacy, among other things, against attorney Laurie Hiller and her employer, Sauer & Wagner. In her complaint, Plaintiff claims that Hiller misused information during a discovery dispute hearing before Magistrate Judge Trumbull and at various other points during *Enwere v. Terman Associates, L.P.*, No. C 07-1239 JF (PVT) ("the Underlying Action"). (Complaint at 1-6.) Hiller was an attorney representing various defendants in the Underlying Action.

On March 10, 2011, Defendants filed a special motion to strike under California Code of Civil Procedure § 425.16 (California's anti-SLAPP statute) and a motion to dismiss. On March 24, 2011, Plaintiff filed a motion to amend her complaint. By order dated June 3, 2011, the Court ordered the parties to submit supplemental briefing regarding whether the Court may hear and rule on Defendants' anti-SLAPP motion.

On June 17, 2011, Defendants filed a notice to withdraw their motion to strike and accept as filed Plaintiff's amended complaint filed on March 24, 2011.

Accordingly, the amended complaint filed on March 24, 2011 is the operative complaint. Defendants' initial motion to dismiss filed on March 10, 2011 is rendered moot because it is directed at Plaintiff's initial complaint and the special motion to strike is terminated.

Defendants have now filed a motion to dismiss the first amended complaint and set the motion for hearing on July 29, 2011 at 9:00 a.m. The Court ORDERS that an opposition to the motion shall be filed by no later than **July 8, 2011** and a reply brief shall be filed by no later than **July 15, 2011**. Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference is HEREBY VACATED from July 1, 2011 at 1:30 p.m. and shall be reset, if necessary, by separate order.

**IT IS SO ORDERED.**

Dated: June 21, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ENWERE et al,

        Plaintiff,

 v.

HILLER et al,

        Defendant.

Case Number: CV11-00645 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

Dated: June 21, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENWERE et al,<br><br>        Plaintiff,<br><br>  v.<br><br>HILLER et al,<br><br>        Defendant. | Case Number: CV11-00645 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathy Enwere
1263 Madera Ave.
Menlo Park, CA 94025

Dated: June 21, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk